# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS, AS NEXT FRIEND OF JULIAN ASANGE,** | : : : | **CIVIL NO. 1:19-CV-663** |
| | : | **(Chief Judge Conner)** |
| Petitioner | : : | |
| v. | : : | |
| **UNITED STATES OF AMERICA,** | : : | |
| Respondent | : | |

## ORDER

AND NOW, this 29th day of April, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, filed by petitioner Frederick Banks on behalf of Julian Assange[1], wherein he challenges the indictment against Assange and requests, *inter alia*, that Assange be released from custody, and upon consideration of the federal habeas statute, which provides that an "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf", 28 U.S.C. § 2242, and that a litigant seeking to prosecute a "next friend" habeas petition "must establish the requisite [Article III] standing to sue", Whitmore v. Arkansas, 495 U.S. 149, 154 (1990), accord In re Zettlemoyer, 53 F.3d 24, 26-27 (3d Cir. 1995) (*per curiam*), and, further, a petitioner seeking "next friend" standing must "provide an adequate explanation—such as inaccessibility, mental

---

[1] Incorrectly identified in the petition as Julian Asange.

incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action", and must demonstrate that he is "truly dedicated to the best interests of the person on whose behalf he seeks to litigate" and has some "significant relationship" with that person, Whitmore, 495 U.S. at 164 (citations omitted), and it appearing that Banks has failed to establish that Julian Assange is unable to litigate his own case, and failed to establish that he has a significant relationship with Julian Assange, and the court finding that Banks therefore failed to meet his burden to establish "next friend" standing, it is hereby ORDERED that:

1. Petitioner's application to proceed *in forma pauperis* (Doc. 2) is GRANTED for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) filed by Frederick Banks on behalf of Julian Assange is DISMISSED for lack of standing.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania